> **Motion DENIED.**
>
> This the 23rd day of March, 20 18.
>
> /s/Louise W. Flanagan, U.S. District Judge

FILED

MAR 12 2018

PETER A. MOORE, JR. CLERK
US DISTRICT COURT, EDNC
BY \_\_\_\_\_ DEP CLK   3/5/18

To the Honorable Judge Louise W. Flanagan,

    I am writing to request that I be released from the remainder of my term of supervised release. My term began on January 15, 2016. I believe that one does not achieve a position of Judge without a significant ammount of wisdom. So, if your Honor will not dismiss my supervision out of hand; I request that you grant me a hearing on the matter.

                  Sincerely,

                  Nicolas Marcianelli

        307 Clifton Dr
        Port Wentwort, GA 31407
        (912) 308-8466

Case # 5:16-CR-00051-FL-1